**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00246-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. ALBERTO HERNANDEZ-CARRASCO,

     Defendant.

**MINUTE ORDER**[1]

     Due to a conflict arising on the court's calendar, the change of plea hearing set for Friday, October 21, 2011, at 9:00 a.m., is **VACATED** and is **CONTINUED** to **October 27, 2011**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated: October 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.